No. 71–899.  GARCIA-GUILLERN *v.* UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 71–902.  MUNICIPAL LIGHT BOARD OF READING, MASSACHUSETTS, ET AL. *v.* FEDERAL POWER COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 71–905.  MORSE ET UX. *v.* UNITED STATES.  Ct. Cl. Certiorari denied.

No. 71–906.  MOUNTAIN FUEL SUPPLY CO. *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 71–908.  STRAUSS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 71–915.  UNITED STATES ET AL. *v.* PARKER ET AL.; and

No. 71–973.  KAIBAB INDUSTRIES ET AL. *v.* PARKER ET AL.  C. A. 10th Cir.  Certiorari denied.  Reported below: 448 F. 2d 793.

No. 71–916.  KAUFMAN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 71–926.  STUHL *v.* 527 MADISON AVENUE CO. App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 71–933.  OHRYNOWICZ *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 71–945.  LEMELSON *v.* TOPPER CORP. ET AL.  C. A. 2d Cir.  Certiorari denied.